dollars costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

SLOAN DANENHOWER V. MORRIS & CUMINGS DREDGING COMPANY and Another. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

L. M. RABINOWITZ & COMPANY, INC., V. INTERWOVEN HOOK & EYE Co., INC., and Others.— Motion to dismiss appeal denied, on condition that appellant procure appellant's points to be filed on or before May 1, 1930, with notice of argument for May 15, 1930. In event that plaintiff fail to file appellant's points and notice of argument as provided, then said motion is granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

L. M. RABINOWITZ & COMPANY, INC., V. INTERWOVEN HOOK & EYE Co., INC., and Others.— Motion to dismiss appeal denied, on condition that appellant procure appellant's points to be filed on or before May 1, 1930, with notice of argument for May 15, 1930. In event that plaintiff fail to file appellant's points and notice appeal for argument as provided, then said motion is granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JOSE ARACIL V. MONTGOMERY WARD & Co.— Motion to dismiss appeal denied. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. LOUIS STEINBERG, Impleaded with Others. — Motion to dismiss appeal granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

SIEBROS FINANCE CORPORATION V. 190 WEST FOURTH STREET REALTY CORPORATION and Another, Impleaded with Others. — Motion to dismiss appeal denied. Present — Dowling, P. J., McAvoy, Martin and O'Malley, JJ.

ETTA C. BURBIDGE V. ACIERNO AMUSEMENT CORPORATION and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of SOPHIA F. BRYANT and Another v. WILLIAM S. BREWER, Impleaded with Others.— Motion to dismiss appeal granted, with ten dollars costs. Present Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Applications of NEW YORK RAILWAYS CORPORATION and Others, for Certiorari Orders Directed to JOHN F. GILCHRIST and Others, re one-man operation of cars.— Motion granted so far as to dismiss orders of certiorari, without costs and without disbursements. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ARMOUR & COMPANY V. DAVID MAYER.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

STERLING MOTOR COMPANY OF N. Y., INC., V. THOMAS J. LAVAN and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HAROLD HARRIS V. HARRY BERGER.— Motion to dismiss appeal denied. Present Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. MIKE SUKOWASKY.— Motion to dismiss appeal granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.